UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAIN, LALITA JOVAN | ) | CASE NO. 25-01533-JJG-7A |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**REPORT OF POSSIBLE ASSETS AND NOTICE OF ABANDONMENT OF PROPERTY**

Vanessa L. Powell, in her capacity as the Chapter 7 Trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk's office is requested to issue a Notice of Last Day To File Claims pursuant to Bankruptcy Rule 3002(c)(5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT Debtor's non-exempt interest in FY 2024 and 2025 federal and state tax refunds and 25% of wages due and owing on petition date, FDCPA claim with Med-1 Solutions.

Date: August 2, 2025

/s/ Vanessa L. Powell

Vanessa L. Powell, Chapter 7 Trustee
PO Box 681123
Indianapolis, IN 46268
(317) 794-5380
vlpowelltrustee@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Vanessa L. Powell vlpowelltrustee@gmail.com, IN70@ecfcbis.com
William John Schenck ecf@johnsteinkampandassociates.com,
Schenck.WilliamR55842@notify.bestcase.com
U.S. Trustee ustpregion10.in.ecf@usdoj.gov

I further certify that on August 2, 2025, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Lalita Jovan Fain
8221 Forsythia Court
Indianapolis, IN 46219

/s/ Vanessa L. Powell
Vanessa L. Powell

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 25-01533
**Case Name:** Lalita Jovan Fain

**For Period Ending:** 08/02/2025

**Trustee Name:** (340600) Vanessa L. Powell
**Date Filed (f) or Converted (c):** 03/25/2025 (f)
**§ 341(a) Meeting Date:** 04/30/2025
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Household goods, furnishings, appliances Location: 8403 E. 42nd Street, Indianapolis IN 46226 | 100.00 | 0.00 | OA | 0.00 | FA |
| 2 | TVs, cell phone, computer Location: 8403 E. 42nd Street, Indianapolis IN 46226 | 200.00 | 0.00 | OA | 0.00 | FA |
| 3 | Books Location: 8403 E. 42nd Street, Indianapolis IN 46226 | 75.00 | 0.00 | OA | 0.00 | FA |
| 4 | Necessary clothing and accessories Location: 8403 E. 42nd Street, Indianapolis IN 46226 | 100.00 | 0.00 | OA | 0.00 | FA |
| 5 | Cash | 0.00 | 0.00 | OA | 0.00 | FA |
| 6 | Checking: Wisely | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | Checking: CashApp | 5.00 | 0.00 | OA | 0.00 | FA |
| 8 | Savings: Wisely | 0.00 | 0.00 | OA | 0.00 | FA |
| 9* | 2024 Fed and State tax refunds: (See Footnote) | Unknown | 1,500.00 | | 0.00 | 1,500.00 |
| 10 | Int. in Ins. policies: Term - Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 11 | Pending FDCPA Claim against Med-1 Solutions, LLC | 1,000.00 | 555.00 | | 0.00 | 1,000.00 |
| 12 | 25% of Wages (u) | 0.00 | 200.00 | | 0.00 | 200.00 |
| 13 | 2025 State and Federal tax refunds (u) | 0.00 | 2,000.00 | | 0.00 | 2,000.00 |
| **13** | **Assets Totals (Excluding unknown values)** | **$1,480.00** | **$4,255.00** | | **$0.00** | **$4,700.00** |

RE PROP# 9 2024 tax returns not filed.

**Major Activities Affecting Case Closing:**

05/28/2025-PA for 2024 tax refunds not filed yet, 2025 tax refunds, possible FDCPA claim, 25% of Wages.

case continued due to no documents provided or ID, case continued to May 28, 2025 @ 12:30 pm

case continued due to no documents provided or ID, case continued to May 14, 2025 @ 12:00 pm

**Initial Projected Date Of Final Report (TFR):** 07/31/2026 **Current Projected Date Of Final Report (TFR):** 07/31/2026